# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3525
_____

BRANDON TYLER DAVID
FLOWERS,

>Appellant,

>v.

STATE OF FLORIDA,

>Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

January 30, 2024


PER CURIAM.

>AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.